ON REMAND FROM ALABAMA SUPREME COURT
On certiorari in the instant case, our supreme court announced a two-step process for determination of when the enhancement provision of § 13A-5-6(a)(5), Code of Alabama 1975, applies: First, one of the necessary elements of the underlying felony for which the defendant is convicted must be intentional
criminal conduct and, second, the defendant's conduct must necessarily be the result of a higher degree of culpability. Exparte McCree, 554 So.2d 336 (Ala. 1988). In applying this test to the instant facts, the court determined that "the trial court was without authority to sentence McCree under an enhancement statute that, by its terms, is invoked only by a degree of culpability higher than that for which McCree had been found guilty." Id. at 341. In accordance with this holding, we remand this cause with directions that the trial court vacate McCree's sentence entered pursuant to §13A-5-6(a)(5) and resentence McCree under the sentencing provision of § 13A-5-6-(a)(3). A return to this remand order should be promptly filed with this court.
REMANDED WITH DIRECTIONS.
All Judges concur.
 ON RETURN TO REMAND